# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HAROLD P. KOLLER,** *et al.*, : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | CIVIL ACTION NO. 15-3234 |
| : | |
| **ABINGTON MEMORIAL HOSPITAL,** : | |
| **Defendant.** : | |

## ORDER

**AND NOW,** this 27th day of April 2017, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 24], Plaintiffs' Response in Opposition [Doc. No. 26], Defendant's Reply [Doc. No. 28], and Plaintiffs' Sur-Reply [Doc. No. 29], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. Summary judgment is entered in favor of Defendant and against Plaintiffs on all claims. The Clerk of the Court shall **CLOSE** this case.

It is so **ORDERED.**

BY THE COURT:

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**